UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL SARABIA,<br><br>Defendant. | Case No.  1:94-CR-05093-DAD-2<br><br>ORDER GRANTING MOTION TO DISMISS INDICTMENT AS TO DEFENDANT DANIEL SARABIA<br><br>(Doc. No. 116) |

For the reasons set forth in the motion to dismiss filed by the United States, the Indictment against defendant DANIEL SARABIA is hereby DISMISSED and any outstanding arrest warrant is recalled.

IT IS SO ORDERED.

Dated:   **December 12, 2016**

_____
UNITED STATES DISTRICT JUDGE

1